**COM.**

v.

**WESTBROOKS, B.**

**1242 MDA 2016**

Superior Court of Pennsylvania.

03/15/2017

CP–40–CR–0000181–2011 (Luzerne)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**ELLIOTT, B., Jr.**

**1255 MDA 2016**

Superior Court of Pennsylvania.

03/15/2017

CP–49–MD–0000258–2016 (Northumberland)

Affirmed

**COM.**

v.

**COPELAND, L.**

**1297 MDA 2016**

Superior Court of Pennsylvania.

03/15/2017

CP–22–CR–0005742–2012 (Dauphin)

Affirmed

**COM.**

v.

**WEAVER, J.**

**1450 MDA 2016**

Superior Court of Pennsylvania.

03/15/2017

CP–36–CR–0002795–2008 (Lancaster)

Affirmed/Vacated/Remanded

**COM.**

v.

**RAFFENSBERGER, W.**

**1752 MDA 2016**

Superior Court of Pennsylvania.

03/15/2017

CP–36–CR–0002844–2002 (Lancaster)

Affirmed